RICHARD A. CALLAHAN, Receiver of GATTI PAPER STOCK CORPORATION, Appellant, v. WYOMING VALLEY PAPER MILL, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KAROLINA KUSZEWSKA, Respondent, v. STEIGER HOTEL OPERATING CO., INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [152 Misc. 80.]

UNITED CHEMICAL AND EXTERMINATING Co., INC., Appellant, v. SECURITY EXTERMINATING CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint alleging a cause of action at law within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FLEISCHMAN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN CUMSKY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JULES CHOPAK to Discipline an Attorney.— Motion denied and proceeding dismissed. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of PAUL ORSZAG, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of PAUL ORSZAG, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HERMAN ROSENHEIM, Respondent, v. NEW YORK RAILWAYS CORPORATION and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the court erred in charging the jury that the alleged violations of traffic regulations and the Code of Ordinances were " acts of negligence or negligent acts." (*Knupfle* v. *Knickerbocker Ice Co.*, 84 N. Y. 488; *McCarragher* v. *Proal*, 114 App. Div. 470; *Dodican* v. *Smith*, 221 id. 383; *Donnelly* v. *City of Rochester*, 166 N. Y. 315; *Hyland* v. *Cobb*, 252 id. 325.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE OLSEN, Appellant, v. THE GOLDMAN SACHS TRADING CORPORATION and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX KROPNOSKY, Appellant.— Judgment reversed, the indictment dismissed and defendant discharged. (See *People* v. *Tumminaro*, 242 App. Div. 501.) Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.